In the Matter of EDWARD KOEHL, Appellant, v BRIAN S. FISCHER, as Commissioner of Corrections and Community Supervision, Respondent.

Submitted October 1, 2012; decided November 27, 2012

On the Court's own motion, appeal dismissed, without costs, upon the ground that no appeal lies as of right from the unanimous order of the Appellate Division absent the direct involvement of a substantial constitutional question (*see* CPLR 5601). Motion for poor person relief dismissed as academic.

FREDERICK J. PLATEK et al., Respondents, v TOWN OF HAMBURG et al., Defendants, and ALLSTATE INDEMNITY COMPANY, Appellant.

Decided November 27, 2012

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the order appealed from does not finally determine the action within the meaning of the Constitution.

DOLORES STEWART, Respondent, v SANDY MARTE et al., Appellants.

Submitted September 17, 2012; decided November 27, 2012

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.